# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC RECORDS MEDIA, LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No.17-cv-0142-RC |
| U.S. DEPARTMENT OF JUSTICE, | : |
| Defendant. | : |

## JOINT STIPULATION OF DISMISSAL

Plaintiff is now satisfied with Defendant's response to the Freedom of Information Act request at issue in this litigation. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant, by their undersigned counsel, hereby jointly stipulate to the dismissal of this case, with each party bearing its own costs and fees.

Dated: March 8, 2017                                          Respectfully submitted,

_____/s/_____                                         CHAD A. READLER
SCOTT A. HODES, ESQ.                                          Acting Assistant Attorney General
DC Bar # 430375
P.O. Box 42002
Washington, DC 20015                                          ELIZABETH J. SHAPIRO
Tel: (301) 404-0502                                           Deputy Director
E-mail: Infoprivacylaw@yahoo.com

Counsel for Plaintiff                                         By: _____/s/
                                                              CAROLINE ANDERSON
                                                              Trial Attorney
                                                              U.S. Department of Justice
                                                              Civil Division, Federal Programs Branch
                                                              20 Massachusetts Ave., N.W.
                                                              Washington, D.C. 20530
                                                              Tel: (202) 305-8645
                                                              Fax: (202) 616-8470
                                                              E-mail: Caroline.J.Anderson@usdoj.gov

                                                              Counsel for Defendant

.